IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DEBRA MORRIS,**

       **Plaintiff,**

v.                                          Case No. 4:13cv445-MW/CAS

**DR. CARBONNELL**
**and JAMIE MEJIA,**

       **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND**
**RECOMMENDATION**

This Court has considered the Magistrate's Report and Recommendation. ECF No. 64.  Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The motion for summary judgment, ECF No. 37, is **GRANTED** as to the claim against Defendant Mejia. The second amended complaint is **DISMISSED** as to Defendant Carbonnel for failure to state a claim upon which relief may be

1

granted.  The Clerk shall enter judgment accordingly and close the file.

**SO ORDERED on March 18, 2015.**

                                            **s/Mark E. Walker**
                                            **United States District Judge**